# United States District Court for the Northern District of Illinois

Case Number: 08-50132    Assigned/IssuedBy: P6

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☒ No Fee   ☐ Other

**FILED**
JUL 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

1 Original and  0  copies on  7/8/08  as to  Defendant
                              (Date)

C:\wpwin80\docket\feeinfo.frm   01/01