# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50132 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. CHARLES MCKENZIE | | |

**DOCKET ENTRY TEXT:**

USA's application for John Monroe to appear pro hac vice is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|