UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 50132 |
| vs. ) | |
| ) | |
| CHARLES MCKENZIE, ) | Judge Frederick J. Kapala |
| ) | (Magistrate Judge P. Michael Mahoney) |
| Defendant. ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(B).

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Monica V. Mallory
MONICA V. MALLORY
Assistant United States Attorney
308 W. State Street, Suite 300
Rockford, Illinois 61101
(815) 987-4444